# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JEFFREY ELMORE**                                                                                 **PLAINTIFF**
**ADC #091418**


**v.**                                              **No. 4:24-cv-00923-LPR**


**ASHLEY KING,**
**Grievance Coordinator, Cummins Unit**                                              **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is hereby DISMISSED without prejudice.  The Court certifies, pursuant

to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related

Orders would not be taken in good faith.

IT IS SO ADJUDGED this 28th day of January 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE